UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | |
|---|---|
| **STACEY J. HAWKINS,**<br><br>     Plaintiff<br><br>v.<br><br>**ROBERT N. KILBERG, P.A.,**<br><br>     Defendant | Case No.  1:15-cv-3167 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Stacey J. Hawkins and Robert N. Kilberg, P.A., through undersigned counsel, stipulate and agree that the above-captioned case and all claims in the above-referenced matter are hereby dismissed with prejudice.

Respectfully submitted,

| | |
|---|---|
| */s/Stacey A. Moffet* | */s/Steven B. Isbister* |
| Stacey A. Moffet (23025) | E. David Hoskins (06705) |
| Emily M. Patterson (19373) | Steven B. Isbister (14123)* |
| ECCLESTON & WOLF, P.C. | THE LAW OFFICES OF E. DAVID HOSKINS, LLC |
| Baltimore-Washington Law Center | |
| 7240 Parkway Drive, 4th Floor | 16 E. Lombard Street, Suite 400 |
| Hanover, MD 21076-1378 | Baltimore, MD 21202 |
| (410) 752-7474 (phone) | (410) 662-6500 |
| (410) 752-0611 (fax) | davidhoskins@hoskinslaw.com |
| moffet@ewmd.com | stevenisbister@hoskinslaw.com |
| patterson@ewmd.com | *Attorneys for Plaintiff* |
| *Attorney for Defendant*<br>*Robert N. Kilberg, P.A.* | *Signed by Emily M. Patterson with permission of Steven Isbister |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 26th day of April 2016, copies of the foregoing Joint Stipulation of Dismissal were served via ECF upon the following counsel of record:

> E. David Hoskins, Esquire
> Steven B. Isbister, Esquire
> The Law Offices of E. David Hoskins, LLC
> 16 East Lombard Street, Suite 400
> Baltimore, Maryland  21202
> *Attorneys for Plaintiff*

>                    */s/Emily M. Patterson*
>                    Emily M. Patterson (19373)