**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| | * | |
| **STACEY J. HAWKINS** | * | |
| **Plaintiff** | * | |
| | * | **CIVIL NO.  JKB-15-3167** |
| **v.** | * | |
| **ROBERT N. KILBERG, P.A.** | * | |
| **Defendant** | * | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

**ORDER**

In light of the Joint Stipulation of Dismissal With Prejudice filed on April 26, 2016 (ECF No. 27), with the dismissal accomplished by operation of law pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, the Court DIRECTS the Clerk to CLOSE the case.

SO ORDERED.

DATED this 26th day of April, 2016.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge